IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NETEXIT, INC., *et al.*, | ) | Case No. 04-11321 (JLP) |
| | ) | |
| Debtors. | ) | **Re D.I. 480** |
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Debtor. | ) | **Re D.I. 3019** |

## NOTICE OF APPEAL

The Official Committee of Unsecured Creditors (the "Netexit Committee") appointed in the chapter 11 cases of Netexit, Inc., *et al.* (collectively, the "Netexit Debtors")[1], by and through its undersigned counsel, hereby appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of Delaware from the United States Bankruptcy Court for the District of Delaware's Order dated April 26, 2005 denying the Netexit Committee's Motion For Reimbursement Of Amounts Paid By The Netexit Debtors On Behalf Of Northwestern Corporation, which was entered by United States Bankruptcy Judge John L. Peterson on April 28, 2005 [D.I. 480 in Case No. 04-11321 and D.I. 3019 in Case No. 03-12872]. A copy of the Order appealed from is attached hereto as Exhibit A.

---

[1] The Debtors are ATS Financial Services, Inc., Netexit of California Construction, Inc., Netexit of California, Inc., Netexit of Indiana, LLC, Netexit of Indiana, Inc., Netexit of North America, LLC, Netexit of Tennessee, Inc., Netexit of Pacific Northwest, Inc., Netexit of Oklahoma, Inc., Netexit of New York, LLC, Netexit of Mississippi, Inc., Netexit of Hawaii, Inc., and Eagle a Netexit Company Inc.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **PARTIES** | **COUNSEL** |
|---|---|
| 1. The Official Committee of Unsecured Creditors | CROSS & SIMON, LLC<br>Christopher P. Simon<br>Donna L. Harris<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, Delaware 19899-1380<br>(302) 777-4200 |
| 2. Netexit, Inc., *et al*. | PAUL, HASTINGS, JANOFSKY, & WALKER LLP<br>Jesse H. Austin, III<br>Karol K. Denniston<br>600 Peachtree Street<br>Suite 2400<br>Atlanta, GA 30308<br>(404) 815-2400<br><br>-and-<br><br>GREENBERG TRAURIG, LLP<br>Scott D. Cousins<br>William E. Chipman, Jr.<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801<br>(302) 661-7000 |
| 3. NorthWestern Corporation | PEPPER HAMILTON, LLP<br>David B. Stratton<br>1313 Market Street, Suite 5100<br>Wilmington, DE 19801<br>(302) 777-6566 |

[Signatures appear on following page.]

3

| | |
|---|---|
| Dated: May 6, 2005<br>Wilmington, Delaware | CROSS & SIMON, LLC<br><br>  /s/ Donna L. Harris<br>Christopher P. Simon (No. 3697)<br>Donna L. Harris (No. 3740)<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, Delaware  19899-1380<br>(302) 777-4200<br><br>Counsel for the Netexit Committee |