# TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Case Number: **03-12872 (JLP)**
Deputy Clerk Transferring Case: Lisa M. Ciconte (302) 252-2900 Ext. 5115
Case Type: Appeal **- AP-05-29**

**Order, Date Entered and Issues**
Order That The Motion of The Official Unsecured Creditors Committee of Netexit Debtors For Reimbursement of Amounts Paid For Cobra Benefits is DENIED. Order Signed on 4/26/2005. Docket #3051

| | |
|---|---|
| **Debtors:** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Jr.** |
| | Greenberg Traurig, LLP |
| | 1000 West Street, Suite 1540 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 661-7000** |
| | |
| **Appellant(s):** | The Official Committee of Unsecured Creditors |
| **Counsel:** | **Donna L. Cross** |
| | Cross & Simon LLC |
| | 913 N. Market Street, 11th Floor |
| | Wilmington, DE 19899-1380 |
| **Telephone:** | **(302) 777-2400** |
| | |
| **Appellees:** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Jr.** |
| | Greenberg Traurig, LLP |
| | 1000 West Street, Suite 1540 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 661-7000** |