IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NETEXIT, INC., *et al.*, | ) | Case No. 04-11321 (JLP) |
| | ) | |
| Debtors. | ) | **Re D.I. 500** |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Debtor. | ) | **Re D.I. 3051** |

DESIGNATION OF THE RECORD AND STATEMENT OF
ISSUES PURSUANT TO FEDERAL RULE OF
APPELLATE PROCEDURE 6(a) AND BANKRUPTCY RULE 8006

The Official Committee of Unsecured Creditors (the "Netexit Committee") appointed in the chapter 11 cases of Netexit, Inc., *et al.* (collectively, the "Netexit Debtors")[1], by and through its undersigned counsel, hereby files this designation of the record on appeal and statement of issues to be presented pursuant to Federal Rule of Appellate Procedure 6(a) and Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Designation"). This Designation relates to the Netexit Committee's Notice of Appeal of the United States Bankruptcy Court for the District of Delaware's Order dated April 26, 2005 denying the Netexit Committee's Motion For Reimbursement Of Amounts Paid By The Netexit Debtors On Behalf Of Northwestern Corporation, which was entered by United States Bankruptcy Judge John L. Peterson on April 28, 2005 [D.I. 480 in Case No. 04-11321 and D.I. 3019 in Case No. 03-12872].

---

[1] The Debtors are ATS Financial Services, Inc., Netexit of California Construction, Inc., Netexit of California, Inc., Netexit of Indiana, LLC, Netexit of Indiana, Inc., Netexit of North America, LLC, Netexit of Tennessee, Inc., Netexit of Pacific Northwest, Inc., Netexit of Oklahoma, Inc., Netexit of New York, LLC, Netexit of Mississippi, Inc., Netexit of Hawaii, Inc., and Eagle a Netexit Company Inc.

## Designation Of Items To Be Included In Record On Appeal

The Netexit Committee hereby designates the following items for inclusion in the record on appeal:

| Exhibit | Description | Docket No. | Date Docketed |
|---|---|---|---|
| 1 | Affidavit of Kendall G. Kliewer in Support of First Day and Initial Motions Filed on Notice | 9 in Case No. 04-11321 | 5/28/04 |
| 2 | Motion of Debtors for an Order Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) Directing Joint Administration of These Chapter 11 Cases | 12 in Case No. 04-11321 <br><br> 1386 in Case No. 03-12872 | 5/28/04 |
| 3 | Notice of Appointment of Official Committee of Unsecured Creditors | 31 in Case No. 04-11321 | 6/08/04 |
| 4 | Order Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) Directing Joint Administration of These Chapter 11 Cases | 60 in Case No. 04-11321 <br><br> 1532 in Case No. 03-12872 | 6/22/04 <br><br><br> 6/23/04 |
| 5 | Motion for Order Authorizing the Debtors to Pay COBRA Obligations | 79 in Case No. 04-11321 | 6/29/04 |
| 6 | Objection of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al.* to Motion for Order Authorizing the Debtors to Pay COBRA Obligations | 103 in Case No. 04-11321 | 7/12/04 |
| 7 | Transcript of the Hearing held on July 14, 2004 before the Honorable Charles G. Case, II | 122 in Case No. 04-11321 <br><br> 1723 in Case No. 03-12872 | 7/21/04 |
| 8 | Transcript of Hearing held (PORTION) on September 15, 2004 before the Honorable Charles G. Case, II | 210 in Case No. 04-11321 <br><br> 2142 in Case No. 03-12872 | 10/01/04 |
| 9 | Order Authorizing the Debtors to Pay COBRA Obligations | 246 in Case No. 04-11321 | 11/01/04 |

| | | | |
|---|---|---|---|
| 10 | Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al.* for an Order Compelling NorthWestern Corporation to Reimburse the Netexit Debtors for Payments Relating to COBRA | 251 in Case No. 04-11321  2318 in Case No. 03-12872 | 11/03/04 |
| 11 | Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al.*, for an Order Compelling NorthWestern Corporation to Reimburse the Netexit Debtors for Payments Relating to COBRA | 263 in Case No. 04-11321  2390 in Case No. 03-12872 | 11/23/04 |
| 12 | Joinder of the Official Committee of Unsecured Creditors of NorthWestern Corporation to Debtors' Objection to the Motion of the Creditors Committee of Netexit, Inc., *et al.*, for Order Compelling NorthWestern Corporation to Reimburse the Netexit Debtors for Payments to COBRA | 264 in Case No. 04-11321  2392 in Case No. 03-12872 | 11/23/04 |
| 13 | Order Denying Motion of the Official Committee of Unsecured Creditors of Netexit, et al. for an Order Compelling NorthWestern Corporation to Reimburse the Netexit Debtors for Payments Relating to COBRA | 279 in Case No. 04-11321  2465 in Case No. 03-12872 | 12/08/04 |
| 14 | Transcript of Hearing held on December 6, 2004 before the Honorable John L. Peterson | 288 in Case No. 04-11321  2490 in Case No. 03-12872 | 12/15/04 |
| 15 | Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al.* for an Order Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52(b) for Amendment and Clarification of Order | 295 in Case No. 04-11321  2498 in Case No. 03-12872 | 12/20/04 |
| 16 | Request to Change Filing Date [re: Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al.* for an Order Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52(b) for Amendment and Clarification of Order] | 301 in Case No. 04-11321  2505 in Case No. 03-12872 | 12/22/04 |
| 17 | Order Granting Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al.* for Amendment and Clarification of Order [Request to Change Filing Date] | 304 in Case No. 04-11321  2514 in Case No. 03-12872 | 12/28/04 |

| 18 | Joint Objection of Netexit, Inc., *et al.*, and NorthWestern Corporation to the Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al.*, for an Order Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52(b) for Amendment and Clarification of Order | 312 in Case No. 04-11321<br><br>2606 in Case No. 03-12872 | 1/10/05<br><br>1/14/05 |
|---|---|---|---|
| 19 | Joinder of the Official Committee of Unsecured Creditors of NorthWestern Corp. to Joint Objection of Netexit, Inc., *et al.*, and NorthWestern Corp. to the Motion of the Creditors' Committee of Netexit, Inc., et al., for Order Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52(b) for Amendment and Clarification of Order | 319 in Case No. 04-11321<br><br>2607 in Case No. 03-12872 | 1/14/05 |
| 20 | Transcript of Hearing held on February 10, 2005 before the Honorable John L. Peterson | 2811 in Case No. 03-12872 | 2/15/05 |
| 21 | Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al.*, for Reimbursement of Amounts Paid by the Netexit Debtors on Behalf of NorthWestern Corporation | 355 in Case No. 04-11321<br><br>2828 in Case No. 03-12872 | 2/18/05 |
| 22 | Notice of Service of Subpoena | 374 in Case No. 04-11321 | 3/02/05 |
| 23 | Debtors' Objection to the Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al.*, for Reimbursement of Amounts Paid by the Netexit Debtors on Behalf of NorthWestern Corporation | 375 in Case No. 04-11321 | 3/03/05 |
| 24 | NorthWestern Corporation's Objection to Motion of the Official Committee of Unsecured Creditors of Netexit, Inc. for Reimbursement of Amounts Paid by the Netexit Debtors on Behalf of NorthWestern Corporation | 378 in Case No. 04-11321<br><br>2874 in Case No. 03-12872 | 3/03/05 |
| 25 | Affidavit of Kendall G. Kliewer [re: NorthWestern Corporation's Objection to Motion of the Official Committee of Unsecured Creditors of Netexit, Inc. for Reimbursement of Amounts Paid by the Netexit Debtors on Behalf of NorthWestern Corporation] | 379 in Case No. 04-11321<br><br>2878 in Case No. 03-12872 | 3/04/05 |

| 26 | Netexit Committee's Supplement to Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al*. for Reimbursement of Amounts Paid by the Netexit Debtors on Behalf of NorthWestern Corporation | 405 in Case No. 04-11321<br><br>2924 in Case No. 03-12872 | 3/18/05 |
|----|----|----|----|
| 27 | Request to Change Filing Date [re: Netexit Committee's Supplement to Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al*. for Reimbursement of Amounts Paid by the Netexit Debtors on Behalf of NorthWestern Corporation] | 406 in Case No. 04-11321<br><br>2925 in Case No. 03-12872 | 3/21/05 |
| 28 | Debtors' Response to Netexit Committee's Supplement to Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al*., for Reimbursement of Amounts Paid by the Netexit Debtors on Behalf of NorthWestern Corporation | 409 in Case No. 04-11321<br><br>2935 in Case No. 03-12872 | 3/22/05 |
| 29 | Transcript of Hearing held on March 8, 2005 before the Honorable John L. Peterson | 410 in Case No. 04-11321<br><br>2936 in Case No. 03-12872 | 3/23/05 |
| 30 | Official Committee of Unsecured Creditors of Netexit, Inc., Motion to File Exhibit Under Seal | 414 in Case No. 04-11321<br><br>2940 in Case No. 03-12872 | 3/24/05 |
| 31 | NorthWestern Corporation's Joinder with Netexit Debtors' Response to Netexit Committee's Supplement to Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al.*, for Reimbursement of Amounts Paid by the Netexit Debtors on Behalf of NorthWestern Corporation | 415 in Case No. 04-11321<br><br>2941 in Case No. 03-12872 | 3/24/05 |
| 32 | Order Granting Motion to File Under Seal | 429 in Case No. 04-11321 | 4/04/05 |
| 33 | Order that the Motion of the Official Unsecured Creditors Committee of Netexit Debtors for Reimbursement of Amounts Paid for COBRA Benefits is Denied | 480 in Case No. 04-11321<br><br>3019 in Case No. 03-12872 | 4/28/05 |

**Statement of Issues to Be Presented on Appeal**

1. Whether the Bankruptcy Court erred in finding that the Netexit Debtors agreed to pay COBRA benefits for former employees who elected COBRA coverage with NorthWestern Corporation.

2. Whether the Bankruptcy Court erred in finding that the Netexit Debtors were obligated to pay COBRA benefits for former employees under applicable federal law.

3. Whether the Bankruptcy Court erred in denying the Motion of the Official Committee of Unsecured Creditors of Netexit, Inc., *et al.*, for Reimbursement of Amounts Paid by the Netexit Debtors on Behalf of NorthWestern Corporation (the "Reimbursement Motion").

4. Whether the Bankruptcy Court erred in finding that any postpetition payment by NorthWestern Corporation related to COBRA benefits for former employees of the Netexit Debtors would be an administrative expense in the Netexit Debtors' cases.

5. Whether the Bankruptcy Court erred in finding that the Netexit Committee did not challenge NorthWestern Corporation's argument that it would be entitled to an administrative expense claim if it paid COBRA benefits for former employees of the Netexit Debtors.

6. Whether the Bankruptcy Court erred in denying the Reimbursement Motion, in contravention of previous Orders of the Bankruptcy Court and/or the law of the case.

7.  Whether the Bankruptcy Court erred in holding that the Reimbursement Motion would be decided based on the pleadings and that no evidentiary hearing would be held.

Dated: May 16, 2005  
      Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Donna L. Harris  
    Christopher P. Simon (No. 3697)  
    Donna L. Harris (No. 3740)  
    913 N. Market Street, 11th Floor  
    P.O. Box 1380  
    Wilmington, Delaware 19899-1380  
    (302) 777-4200

Counsel for the Netexit Committee