IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**3

IN RE: NETEXIT, INC., et al & NORTHWESTERN CORPORATION

---

|  |  |  |
|---|---|---|
|  | ) |  |
| Official Committee of Unsecured Creditors | ) |  |
|  | ) |  |
| Appellant | ) | Civil Action No.   05-385 |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| Netexit, Inc., et al. and | ) |  |
| NorthWestern Corporation | ) |  |
|  | ) |  |
| Appellees | ) | Bankruptcy Case No. 03-12872 JLP |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/26/05 was docketed in the District Court on 6/10/05:

       Order Denying Appellant's Motion for Reimbursement of Amounts Paid
       by the Netexit Debtors on behalf of NorthWestern Corporation

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

       Peter T. Dalleo
       Clerk of Court

Date:   June 13, 2005

To:   U.S. Bankruptcy Court
      Counsel