## **CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on this 6th day of October, 2005, I caused copies of the **Stipulation of Dismissal of Appeal** to be served upon the attached service list in the manner indicated.

| **Via First Class U.S. Mail** | **Via Hand Delivery** |
|---|---|
| Jesse H. Austin, III<br>Karol K. Denniston<br>Paul, Hastings, Janofsky & Walker, LLP<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308 | Scott D. Cousins<br>William E. Chipman, Jr.<br>Greenberg Traurig, LLP<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801 |
| Alan W. Kornberg<br>Ephraim I. Diamond<br>Talia Gil<br>Paul, Weiss, Rifkind, Wharton & Garrison, LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | Mark Kenney<br>U.S. Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| The Honorable Louis C. Bechtle<br>Conrad, O'Brien, Gellman & Rohn, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19102-1916 | David B. Stratton<br>Pepper Hamilton, LLP<br>1313 Market Street, Suite 5100<br>Wilmington, DE 19801 |
| | Neil Glassman<br>Charlene D. Davis<br>Eric Sutty<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |

  /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)